

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2019

No. 04-19-00020-CV

Robert M. **STONE**, Raymond S. DeLeon, and John Salas,
Appellant

v.

**THE CARLSON LAW FIRM,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16271
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On January 18, 2019, appellants filed a sworn clerk's record. On February 7, 2019, the district clerk filed an additional volume of the clerk's record. Because we were unable to determine from the record whether appellants' notice of appeal was timely, on February 13, 2019, this court ordered appellants to file or cause to be filed a supplemental clerk's record containing: (1) a notice of appeal file-stamped in the trial court, if any; (2) a file-stamped copy of the order appealed from; and (3) any other file-stamped documents bearing on the timeliness of appellants' notice of appeal. The February 13 order suspended all appellate deadlines pending further order from this court.

On February 14, 2019, a supplemental clerk's record containing file-stamped copies of the notice of appeal and the order appealed from were filed in this court. The supplemental clerk's record demonstrates appellants' notice of appeal was timely filed in the trial court. Accordingly, all appellate deadlines are reinstated. Appellants' brief is due no later than February 19, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2019.



KEITH E. HOTTLE,
Clerk of Court